☒ FILED   ☐ LODGED

**Mar 18 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
M. BRIDGET MINDER
Assistant U.S. Attorney
Arizona State Bar No. 023356
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: bridget.minder@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-26-00259-PHX-ASB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 18 U.S.C. §§ 7(5) & 13(a) and A.R.S. § 13-2904(A)(1)–(2) Count One |
| John Alan Ambrose, | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

On or about the evening of June 2, 2024, and morning of June 3, 2024, in the District of Arizona and elsewhere, the defendant, JOHN ALAN AMBROSE, on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines Flight 675 from Honolulu, Hawaii, to Phoenix, Arizona, and while such aircraft was in flight over the high seas, did knowingly and with intent to disturb the peace and quiet of a family, a person, and an aircraft, engage in seriously disruptive behavior and make unreasonable noise.

///

///

///

///

- 2 -

All in violation of Title 18, United States Code, Sections 7(5) and 13(a), and Section 13-2904(A)(1)–(2) of the Arizona Revised Statutes.

Dated this 16th day of March, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

M. BRIDGET MINDER
Assistant U.S. Attorney